# Kasper *v.* Locust Mountain Coal Company.

Argued December 4, 1922. Appeal, No. 163, Oct. T., 1923, by defendant, from judgment of C. P. Schuylkill County, May T., 1919, No. 272, on verdict for plaintiff in the case of William Kasper v. Locust Mountain Coal Company. Before PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

OPINION BY LINN, J., March 2, 1923 :

This is from judgment on a verdict on the record reviewed by this court, No. 162, October Term, 1922, in an opinion this day filed, and for the reasons there given, the judgment is affirmed.